

# Fourth Court of Appeals
## San Antonio, Texas

No. 04-13-00855-CV

# JUDGMENT

**BILL MILLER BAR-B-Q ENTERPRISES, LTD.**,
Appellant

v.

**VIA METROPOLITAN TRANSIT AUTHORITY**,
Appellee

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2012-ED-0006
Honorable Tom Rickhoff, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee VIA Metropolitan Transit Authority recover its costs of appeal from appellant Bill Miller Bar-B-Q Enterprises, Ltd. *See* TEX. R. APP. P. 43.4.

SIGNED October 22, 2014.

_____
Rebeca C. Martinez, Justice